IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION
FUND, et al.                   )
       Plaintiffs,            )
                               )
v.                             )    Civil Action No.: 09cv535
                               )
COMFORT ZONE AIR CONDITIONING  )
& HEATING SERVICE, INC.        )
    d/b/a COMFORT ZONE         )
    d/b/a COMFORT ZONE A/C &    )
    HTG. SVC, INC.             )
                               )
       Defendants.            )

## ORDER

This matter comes before the Court on a Report and Recommendation of the Magistrate Judge dated October 16, 2009 (Dkt. no. 11) recommending entry of default judgment against Defendant Comfort Zone Air Conditioning & Heating Service, Inc. ("Comfort Zone"). Defendants filed no objections to the Report and Recommendation. The Court conducted a *de novo* review of the evidence in this case, and adopts and incorporates the findings and recommendations of the Magistrate Judge.

Accordingly, it is hereby

ORDERED that:

(1)     default judgment is entered against Defendant Comfort Zone Air Conditioning and Heating, in favor of Plaintiffs, NPF, ITI, NEMIC, SMOHIT, and SMWIASF, in the amount of $33,451.49;[1]

---

[1] The chart entitled "Total Amount Due" appearing on p.6 of the report and recommendation contains a typographical error in the column

(2)  Defendant is enjoined from violating the terms of Plaintiffs' employee benefit plan;

(3)  and Defendant must submit timely contributions and reports to Plaintiffs' fund.

ORDERED that the Clerk of Court is directed to enter judgment against Defendants.

November 18, 2009.
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

---

reflecting the applicable Attorneys' Fees. Instead of "$3,415.50" the figure should be "$6,529.50." This is without prejudice, however, as the total amount due remains $33,451.49.